UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AARON WILLIAMS III,<br><br>　　　　Defendant/Judgment Debtor,<br><br>　and<br><br>MILES SAND & GRAVEL,<br><br>　　　　Garnishee. | C19-1631 TSZ<br>(related to CR00-263-JCC)<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The garnishee Miles Sand & Gravel having filed an answer, docket no. 9, to which no objection was timely filed, *see* 28 U.S.C. § 3205(c)(5), but defendant/judgment debtor Aaron Williams III having requested a hearing, *see* docket no. 7, the Court hereby SETS a hearing on this garnishment matter for December 12, 2019, at 11:00 a.m.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant/judgment debtor pro se.

Dated this 12th day of November, 2019.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1