UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON WILLIAMS III,

    Defendant/Judgment Debtor,

and

MILES SAND & GRAVEL,

    Garnishee.

C19-1631 TSZ
(related to CR00-263-JCC)

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to terminate garnishment proceeding, docket no. 11, brought by plaintiff United States of America, is GRANTED. The hearing set for December 12, 2019, at 11:00 a.m., is STRICKEN. The Writ of Continuing Garnishment issued on September 24, 2019, docket no. 3, is VACATED.

(2) The Clerk is directed to CLOSE this case and to send a copy of this Minute Order to (i) all counsel of record, (ii) defendant/judgment debtor pro se, and (iii) garnishee Miles Sand & Gravel at 663 Pease Rd., Burlington, WA 98233 and at P.O. Box 280, Mount Vernon, WA 98273-0280.

Dated this 14th day of November, 2019.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1